900 F.2d 255
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Restoney ROBINSON, Plaintiff-Appellant,
v.
Samuel A. WILSON, III; Anne Presley; Lacy H. Thornburg,
Attorney General of North Carolina, Defendants-Appellees.
 No. 90-7263.
 United States Court of Appeals, Fourth Circuit.
 Submitted March 5, 1990.
Decided March 19, 1990.
 
 Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Richard C. Erwin, Chief District Judge. (C/A No. 89-513-G).
 Restoney Robinson, appellant Pro Se.
 Richard Norwood League, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for appellees.
 M.D.N.C.
 DISMISSED.
 Before ERVIN, Chief Judge, and PHILLIPS and WILKINSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Restoney Robinson seeks to appeal the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. Sec. 2254. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we deny leave to proceed in forma pauperis and a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Robinson v. Wilson, C/A No. 89-513-G (M.D.N.C. Jan. 4, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED